**Order entered October 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00392-CV

**CAROL S. ABLON, ET AL., Appellants**

**V.**

**WILLIAM NEAL ABLON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## ORDER

We **REINSTATE** this appeal.

We **GRANT** appellants' September 24, 2013 unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered by appellants on September 23, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
JUSTICE